EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 18 2003
at ___ o'clock and ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR03 00465 HG |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| MICHAEL PATTIOAY, | ) Count 2: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about September 10, 2003, in the District of Hawaii, the defendant MICHAEL PATTIOAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce: (1) a firearm, to wit, a .38 caliber revolver, with serial number 21, manufactured by Iver Johnson Arms and Cycle Works in the State of Massachusetts; and (2) ammunition, to wit,

42 rounds of 9 mm caliber ammunition made by Winchester in the State of Illinois.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(21 U.S.C. §§ 841(a)(1) & 841(b)(1))

The Grand Jury further charges:

On or about September 10, 2003, in the District of Hawaii, the defendant MICHAEL PATTIOAY did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: September 18, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. MICHAEL PATTIOAY
Cr. No.          (Indictment)

2