Prob 12C Amended 2
(Rev. 3/06 D/HI)

**ORIGINAL**

**SEALED BY ORDER OF THE COURT**

United States District Court

for the

**DISTRICT OF HAWAII**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2007

at \_\_10\_\_ o'clock and \_\_45\_\_ min \_\_\_ M
SUE BEITIA, CLERK

U.S.A. vs. MICHAEL PATTIOAY                    Docket No. CR 03-00465HG-01

**AMENDED REQUEST FOR COURSE OF ACTION**
(Statement of Alleged Violations of Supervised Release)

COMES NOW JOANN S. HAMAJI, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Pattioay, who was placed on supervision by the Honorable Helen Gillmor, sitting in the Court at Honolulu, Hawaii, on the 3rd day of May 2004, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

2. That the defendant is prohibited from possessing any illegal or dangerous weapons.

3. That the defendant provide the Probation Office access to any requested financial information.

4. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

5. That a fine of $1,000.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Prob 12C- Amended 2
(Rev. 3/06 D/HI)

2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Alleged Violation(s) of Supervised Release</u>

That the alleged Violation No. 2 and alleged Violation No. 3 in the Request for Course of Action filed on 5/21/2007 be amended to read:

2. That the subject admitted to using methamphetamine on or about 4/22/2007, in violation of Standard Condition No. 7 and Special Condition No. 1.

3. That the subject's urine specimen submitted on 5/7/2007 tested positive for methamphetamine, in violation of Standard Condition No. 7 and Special Condition No. 1.

Based on the above, the U.S. Probation Officer recommends that the Request for Action dated 5/17/2007 and filed on 5/21/2007 be amended as noted above.

---

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Court Action filed on 5/21/2007 be amended to read as noted above and that the subject be brought before the Court to show cause why supervised release should not be revoked. This Petition is to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on   5/30/2007

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Prob 12C- Amended 2
(Rev. 3/06 D/HI)

3

## ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 5/17/2007 and filed on 5/21/2007 be amended to read as noted above and that the subject be brought before the Court to show cause why supervision should not be revoked. This Petition is to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

Considered and ordered this 30th day of May, 2007, and ordered filed and made a part of the records in the above case.

_____
HELEN GILLMOR
Chief U.S. District Court Judge

Re:   **PATTIOAY, Michael**
      **Criminal No. CR 03-00465HG-01**
      **REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

In the Request for Course of Action filed on 5/21/2007, specifically Violation No. 2 and Violation No. 3, the subject was charged with admitting to using methamphetamine on or about 4/22/2007, in violation of the General Condition and submitting a urine specimen on 5/7/2007 that tested positive for methamphetamine, in violation of the General Condition.

It should be noted that the subject's admission to using methamphetamine and positive urine specimen for methamphetamine occurred during the offender's participation in substance abuse treatment that began on 1/19/2007.

Violation No. 2 and Violation No. 3 in the Request for Course of Action filed on 5/21/2007 is hereby amended to read:  **Violation No. 2 - That the subject admitted to using methamphetamine on or about 4/22/2007, in violation of Standard Condition No. 7 and Special Condition No. 1 and Violation No. 3 - The subject's urine specimen submitted on 5/7/2007 tested positive for methamphetamine, in violation of Standard Condition No. 7 and Special Condition No. 1.**

Violation Nos. 1, 4 and 5 remain unchanged. Based upon the above, it is recommended that the Request for Course of Action filed on 5/21/2007 be amended as indicated.

Respectfully submitted by,

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

JSH/dck

Re:   PATTIOAY, Michael
      Criminal No. CR 03-00465HG-01
      REVOCATION OF SUPERVISED RELEASE
      STATEMENT OF FACTS - Page 2

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

None.