AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

790573

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00465HG 01 |
| MICHAEL PATTIOAY | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 05 2007
at 9 o'clock and 50 min A.M.
SUE BEITIA, CLERK


2007 MAY 22 AM 8:54 RECEIVED U.S. MARSHAL HONOLULU, HI

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MICHAEL PATTIOAY and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

**SEALED BY ORDER OF THE COURT**

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | May 21, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Helen Gillmor, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 5/22/07 Honolulu HI

| Date Received 5/22/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 9/4/07 | Arthur OL/DUSdy | [signature] |