# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR03-00465HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL PATTIOAY |
| ATTYS FOR PLA: | Marshall Silverberg, AUSA |
| ATTYS FOR DEFT: | Donna Gray, AFPD |
| U.S.P.O.: | JoAnn S. Hamaji |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 12, 2007 | TIME: | 11:00 - 11:30 |

COURT ACTION:    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT MICHAEL PATTIOAY -

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, 4, and 5.

The Court finds that this is a Grade C violation, Criminal History Category II.

Supervised release is revoked.

    ADJUDGED: Impr of 6 MONTHS.

    SUPERVISED RELEASE: 30 MONTHS upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

6. That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant is prohibited from possessing a firearm as defined in 18 U.S. C. § 921.

8. That the defendant is prohibited from possessing any illegal or dangerous weapons.

9. That the defendant provide the Probation Office access to any requested financial information.

10. That the defendant be placed in Mahoney Hale, a residential reentry center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training.

11. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.


Submitted by: Mary Rose Feria, Courtroom Manager