AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

790573

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00465HG-01 |

MICHAEL PATTIOAY

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at ___ o'clock and 35 min. P.M.
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST MICHAEL PATTIOAY and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

U.S. MARSHALS SERVICE
HONOLULU, HI
2008 MAR 27 AM 8:45
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ | MARCH 25, 2008 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Helen Gillmor, Chief United States District Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI. |||
| Date Received 3/27/08 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh/DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 7/28/08 | | |