# MINUTES

CASE NUMBER:      CR 03-00465HG

CASE NAME:        USA v. Michael Pattioay

ATTYS FOR PLA:    Marshall Silverberg

ATTYS FOR DEFT:   Donna Gray

USPO:             Joann Hamaji

---

JUDGE:   Helen Gillmor          REPORTER:    Cynthia Fazio

DATE:    07/31/2008             TIME:        1:50pm-2:05pm

---

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Allocution by defendant.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:  13 MONTHS

Supervised Release: NONE imposed


Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager