ORIGINAL

AO 245D      (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

AUG 04 2008

at ___ o'clock and _10_ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**MICHAEL PATTIOAY**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:      **1:03CR00465-001**
USM Number:      90797-022
DONNA GRAY, AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of condition(s)   Special Condition No. 1; Standard Condition No. 6; and Standard Condition No. 3.   of the term of supervision.

[ ]    was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    1630

Defendant's Residence Address:
**Waianae, HI 96792**

Defendant's Mailing Address:
**Waianae, HI 96792**

JULY 31, 2008
Date of Imposition of Sentence

Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

8·1·08
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00465-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | MICHAEL PATTIOAY | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to submit to drug testing | 3/10/2008 |
| 2 | Subject failed to notify the Probation Office of a change in residence or employment | |
| 3 | Subject failed to follow the instructions of the Probation Officer | |
| 4 | Subject failed to attend and participate in substance abuse counseling at Hina Mauka Waipahu | |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00465-001                                    Judgment - Page 3 of 3
DEFENDANT:    MICHAEL PATTIOAY

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>13 MONTHS</u>

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
Deputy U.S. Marshal